# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00472-CR

**William Monroe, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 993517, HONORABLE BOB PERKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

William Monroe seeks to appeal from a judgment of conviction for aggravated sexual assault of a child. The trial court has certified that Monroe waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 6, 2006

Do Not Publish